UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OM Shree Ganesh (USA) Inc., et al,<br><br>        Plaintiffs,<br><br>vs.<br><br>Mills & Hoopes LLC, et al.,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 1:10-cv-1820-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of Defendants' motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 16th day of August, 2010.

                                            JAMES N. HATTEN
                                            CLERK OF COURT

                                  By:   s/Cynthia Mercado
                                               Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  August 16, 2010
James N. Hatten
Clerk of Court

By:  s/Cynthia Mercado
       Deputy Clerk